IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONY APONTE,

Plaintiff,

v.

BRIDGES TO CHANGE,

Defendant.

Case No. 3:24-cv-00063-AR

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Armistead issued a Findings and Recommendation on July 21, 2026, in which he recommends that the Court deny Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment. F&R, ECF No. 49. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required

only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [49]. Accordingly, Defendant's Motion for Summary Judgment [37] is DENIED and Plaintiff's Cross-Motion for Summary Judgment [42] is DENIED.

IT IS SO ORDERED.

DATED this 11th day of September, 2026.

AMY M. BAGGIO
United States District Judge